People v Megnath (2023 NY Slip Op 00108)

People v Megnath

2023 NY Slip Op 00108

Decided on January 11, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
FRANCESCA E. CONNOLLY
VALERIE BRATHWAITE NELSON
REINALDO E. RIVERA, JJ.

2010-04792
 (Ind. No. 917/07)

[*1]The People of the State of New York, respondent,
v
Hemant Megnath, appellant. Hemant Megnath, Stormville, NY, appellant pro se.

Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Nancy Fitzpatrick Talcott of counsel), for respondent.
Mischel & Horn, P.C., New York, NY (Richard E. Mischel of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 22, 2018 (People v Megnath, 164 AD3d 834), affirming a judgment of the Supreme Court, Queens County, rendered May 11, 2010.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
LASALLE, P.J., CONNOLLY, BRATHWAITE NELSON and RIVERA, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court